

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Sidney Bogue, individually and as        * From the 42nd District
representative of the Estate of            Court of Callahan County,
Elizabeth Bogue, deceased, et al.,         Trial Court No. 19,618.

Vs. No. 11-12-00098-CV                    * August 29, 2014

Michael D. Newman et al.                  * Memorandum Opinion by Willson, J.
                                            Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Sidney Bogue, individually and as representative of the Estate of Elizabeth Bogue, deceased; Bobby Jack McCowen; Vivian Elizabeth Bush; Melanie Leigh Bogue Quinton; Robert Bogue; Rory Wade Bogue; and Sidney Owen Bogue IV.